UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>   Plaintiff )<br> )<br>vs. )<br>ANTONIO )<br>ALVAREZ-ECHEVERRIA )<br>   Defendant(s) )<br> ) | CRIMINAL NO. 07mJ2886<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

KARINA SANTIAGO-CRUZ

DATED: 12/20/07

**Barbara Lynn Major**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by R. Miller
   Deputy Clerk