# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2007 DEC 20  A 5:04

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 07mj2886 |
| Plaintiff | |
| vs. | ORDER |
| ANTONIO ALVAREZ-ECHEVERRIA | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States District/Magistrate Judge, **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

NORMA HERNANDEZ - QUERO

DATED: 12/20/07

**Barbara Lynn Major**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by R. Mueller
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082