UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2007 DEC 20  A 5:04

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>ANTONIO ALVAREZ-ECHEVERRIA<br><br>Defendant(s) | CRIMINAL NO. 07MJ2886<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) / Case Disposed / Order of Court).

FORTUNATA CHAQUET-ZALE - IXTACUA

DATED: 12/20/07

**Barbara Lynn Major**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by R. Welch
Deputy Clerk