AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ANTONIO ALVAREZ-ECHEVERRIA | CASE NUMBER: 07CR 3464-LAB |

I, ANTONIO ALVAREZ-ECHEVERRIA, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on Dec. 27, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Antonio Alvarez. E
Defendant

Defense Counsel

Before _____
Judicial Officer

FILED
DEC 27 2007