Dorothy Rees Shelton
Attorney At Law
California State Bar No. 74940
110 West "C" Street, Suite 711
San Diego, California 92101
Tel: (619) 239-9387

FILED

2008 JAN 31  PM 4: 37

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

Attorney for Material Witness KARINA SANTIAGO-CRUZ

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE  BARBARA L. MAJOR)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>ANTONIO ALVAREZ-ECHEVERRIA, )<br><br>Defendant. )<br>_____ ) | Criminal Case No. 07cr 3464 LAB<br><br>ORDER<br>TO EXONERATE THE APPEARANCE<br>BOND FOR MATERIAL WITNESS<br>KARINA SANTIAGO-CRUZ |

**ORDER**

IT IS HEREBY ORDERED that the personal surety bond of $5,000.00, which secured the presence of Material Witness KARINA SANTIAGO-CRUZ  be exonerated forthwith and the cash deposit of $500.00 be returned to her surety, FERNANDO DE LA TORRE, at the following address: 4862 West 119th Street, Apt. C, Hawthorne, California 90250.

IT IS SO ORDERED.

_Barbara L. Major_

**Barbara Lynn Major**

1